1  Steve W. Dollar, Esq. [SBN 104365]
   Brian D. McFarlin, Esq. [SBN 259099]
2  ERICKSEN ARBUTHNOT
   152 North Third Street, Suite 700
3  San Jose, CA  95112
   Telephone: (408) 286-0880
4  Facsimile: (408) 286-0337

5  Attorneys for Defendants
   JSA APPRAISALS
6  and STEPHEN SCHWARTZ

7

8               UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | FEDERAL DEPOSIT INSURANCE              | Case Number C10-02077-LHK
   | CORPORATION as Receiver for INDYMAC    |
12 | BANK, F.S.B.,                          | STIPULATION AND [PROPOSED]
   |                                        | ORDER RE MODIFICATION OF
13 |              Plaintiff,                | ORDER SELECTING ADR PROCESS
14 |     vs.                                |
15 | JSA APPRAISAL SERVICE, type of entity  |
   | unknown; and STEPHEN SCHWARTZ, an      |
16 | Individual,                            |
17 |              Defendants.               |

18
19     WHEREAS the Court issued a Stipulation and Order Selecting ADR Process on August
20 31, 2010.
21     WHEREAS this Order stated that the parties agreed to both Court-connected mediation
22 under ADR L.R. 6 and Private ADR with Hon. Harkjoon Paik (retired) at ADR Services.
23     WHEREAS the parties only wish to pursue private ADR at this time.
24     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by
25 their respective counsel, that the Court's August 31, 2010 Order be modified to only indicate a
26 choice of private ADR, not a choice of Court-connected mediation under ADR L.R. 6.
27
28

                                    1
STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF ORDER SELECTING ADR PROCESS –
                              C10-02077-LHK

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 7, 2010 | ERICKSEN ARBUTHNOT |
| 3 | | |
| 4 | | |
| 5 | | By: /s Brian D. McFarlin |
| 6 | | Steven W. Dollar |
| | | Brian D. McFarlin |
| 7 | | Attorneys for JSA APPRAISAL SERVICE and STEPHEN SCHWARTZ |

DATED: September 7, 2010         ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Jesse S. Hernandez
Vanessa H. Widener
Jennifer S. Muse
Attorneys for Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

### Order

By Execution of the above Stipulation to Modify the Court's Order Selecting ADR Process and upon satisfaction of the Court that the stipulation be granted,

IT IS HEREBY ORDERED that the Court's August 31, 2010 Order Selecting ADR Process be modified to only indicate a choice of private ADR, not a choice of Court-connected mediation under ADR L.R. 6.

Dated: 09/09/2010          *Lucy H. Koh*
United States District Judge