1  Steve W. Dollar, Esq. [SBN 104365]
   Brian D. McFarlin, Esq. [SBN 259099]
2  ERICKSEN ARBUTHNOT
   152 North Third Street, Suite 700
3  San Jose, CA  95112
   Telephone: (408) 286-0880
4  Facsimile: (408) 286-0337

5  Attorneys for Defendants
   JSA APPRAISALS
6  and STEPHEN SCHWARTZ

7

8                       UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case Number C10-02077-LHK (PVT) |
| 12 | **STIPULATION TO CONTINUE MEDIATION COMPLETION DATE** |
| 13              Plaintiff, | |
| 14       vs. | |
| 15  JSA APPRAISAL SERVICE, type of entity unknown; and STEPHEN SCHWARTZ, an Individual, | |
| 16 | |
| 17              Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

1

STIPULATION TO CONTINUE MEDIATION COMPLETION DATE – C10-02077-LHK (PVT)

WHEREAS the Court issued an ADR Scheduling Order setting the mediation completion date for November 30, 2010.

WHEREAS counsel for Defendants JSA APPRAISAL SERVICE and STEPHEN SCHWARTZ has a trial in the District Court with Judge Ware for the case *Peter B., Inc., et al. v. Schantz, et al.*, Case no. C09-00360 JW.  This trial starts on November 10, 2010 and was continued from October.

WHEREAS the parties and the mediator, Hon. Harkjoon Paik (retired), have agreed to continue the mediation from November 9, 2010 to December 9, 2010.

WHEREAS the parties wish for swift Court approval of a continued mediation completion date in order to finalize this new mediation date.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the mediation completion date in the above-captioned case, originally calendared for November 30, 2010, shall be continued until January 30, 2011.

DATED: October 28, 2010              ERICKSEN ARBUTHNOT

                                     By:  /s Steven W. Dollar
                                          Steven W. Dollar
                                          Brian D. McFarlin
                                     Attorneys for JSA APPRAISAL SERVICE and
                                     STEPHEN SCHWARTZ

DATED: October 28, 2010              ANDERSON, McPHARLIN & CONNERS LLP

                                     By:  /s Vanessa H. Widener
                                          Jesse S. Hernandez
                                          Vanessa H. Widener
                                          Jennifer S. Muse
                                     Attorneys for Plaintiff, FEDERAL DEPOSIT
                                     INSURANCE CORPORATION as Receiver for
                                     INDYMAC BANK, F.S.B.

**Order**

By Execution of the above Stipulation to continue the mediation completion date and upon satisfaction of the Court that the continuance be granted,

IT IS HEREBY ORDERED that the mediation completion date in the above-captioned case be continued until January 30, 2011.  IT IS FURTHER ORDERED that the Case Management Conference currently set for December 15, 2010 is hereby reset for February 23, 2011 at 2 p.m.

Dated: November 1, 2010

_____
United States District Judge