**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br> v. <br><br> JSA APPRAISAL SERVICE, type of entity unknown; and STEPHEN SCHWARTZ, <br><br> Defendants. | Case No.: 5:10-cv-02077-LHK <br><br> ORDER REQURING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

On November 1, 2010, the Court granted the parties' proposed stipulation to extend the mediation deadline to January 30, 2011 and to continue the Case Management Conference from December 15, 2010 to February 23, 2011. Although Civil Local Rule 16-10 requires subsequent Case Management Statements to be filed at least seven days prior to the Conference, the parties have not filed an updated Joint Case Management Statement. Accordingly, by 2:00 p.m., Tuesday, February 22, 2011, the parties shall file an updated Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: February 21, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02077-LHK
ORDER REQUIRING PARTIES TO FILE JOINT CMC STATEMENT