UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JSA APPRAISAL SERVICE, type of entity unknown; and STEPHEN SCHWARTZ, an Individual,<br><br>　　　　　Defendants. | Case No.: 10-CV-02077-LHK<br><br>ORDER DENYING REQUEST TO VACACTE DEADLINES |

The parties have filed a "Notice of Settlement" stating that they have reached a settlement, and that they expect that the settlement will be completed "within thirty (30) days." The parties ask that the Court vacate upcoming dates, including a Further Case Management Conference (set for June 16, 2011), Pre-Trial Conference (set for July 20, 2011) and Trial (set for August 1, 2011), and set a hearing on an Order to Show Cause why the case should not be dismissed "45 days from this date."

In light of the parties' representation that the settlement should be completed within 30 days, the Court declines to modify the case schedule at this time. Because the June 16, 2011 further Case Management Conference is approximately 30 days away, the parties may file a

1

Case No.: 10-CV-02077-LHK
ORDER DENYING REQUEST TO VACATE DEADLINES

1  stipulated dismissal before that deadline.  In that case, the Court will dismiss the case and vacate
2  the remaining deadlines.  Otherwise, the case schedule remains as set.
3  **IT IS SO ORDERED.**
4  Dated: May 18, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02077-LHK
ORDER DENYING REQUEST TO VACATE DEADLINES