JESSE S. HERNANDEZ (Bar No. 92708)
  jsh@amclaw.com
VANESSA H. WIDENER (Bar No. 203967)
  vhw@amclaw.com
JENNIFER S. MUSE (Bar No. 211779)
  jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff,
FEDERAL DEPOSIT INSURANCE CORPORATION
as Receiver for INDYMAC BANK, F.S.B.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> JSA APPRAISAL SERVICE, type of entity unknown; and STEPHEN SCHWARTZ, an Individual, <br><br> Defendants. | Case No. CV10-02077-LHK (PSGx) <br><br> [Proposed] ORDER GRANTING REQUEST FOR COURTCALL TELEPHONIC APPEARANCE <br><br> Further Case Management Conference <br> Date:   June 16, 2011 <br> Time:   1:30 p.m. <br> Crtrm.:  4 |

After considering the request of counsel for plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. to appear by CourtCall for the June 16, 2011 hearing, the request is hereby granted.

DATED:___6/3/11__                    _____
                                     The Hon. Lucy H. Koh
                                     United States District Court Judge

873111.1 5662.093