UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>JSA APPRAISAL SERVICE, type of entity unknown; and STEPHEN SCHWARTZ, an Individual,<br><br>Defendants. | Case No.: 10-CV-02077-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference currently set for Thursday, June 16, 2011 is hereby CONTINUED to Friday, June 17, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 8, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02077-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE