# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> JSA APPRAISAL SERVICE, type of entity unknown; and STEPHEN SCHWARTZ, an Individual, <br><br> Defendants. | Case No. CV10-02077-LHK (PSGx) <br><br> [~~PROPOSED~~] **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

Based upon the stipulation of the parties, and for good cause shown, it is hereby ordered that the above-entitled action be dismissed in its entirety with prejudice, each party to bear its own costs and fees.

**IT IS SO ORDERED**.

DATED: _____June 28_____, 2011        _____
                                      LUCY H. KOH
                                      UNITED STATES DISTRICT JUDGE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

877379.1 5662.093